IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



DE'ANDRE MCKYE INGRAM,            )
                                  )
               Plaintiff,         )
                                  )
     v.                           )      1:22-cv-216
                                  )
KILOLO KIJAKAZI,                  )
Commissioner of Social            )
Security,                         )
                                  )
               Defendant.         )

### ORDER

This matter is before this court for review of the Recommendation ("Recommendation") filed on January 30, 2023, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 31.) In the Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment, (Doc. 27), be denied, that Defendant's Motion for Judgment on the Pleadings, (Doc. 29), be granted, and that the final decision of the Commissioner be upheld. The Recommendation was served on the parties to this action on January 30, 2023. No objections were filed within the time limits prescribed by Section 636. Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 31), is **ADOPTED. IT IS FURTHER ORDERED**

that Plaintiff's Motion for Summary Judgment, (Doc. 27), is **DENIED**, that Defendant's Motion for Judgment on the Pleadings, (Doc. 29), is **GRANTED**, that the Commissioner's decision is **AFFIRMED,** and that this action is **DISMISSED**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of February, 2023.

/s/ William L. Osteen, Jr.
United States District Judge